**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LISA R. LEE, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:14-CV-1453-RWS |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## **ORDER**

This Clerk is DIRECTED to assign this case to the next available Magistrate Judge pursuant to Standing Order 14-01.

**SO ORDERED**, this 16th day of January, 2018.

_____

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)